IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| L. C. Brown, Jr., | ) | C/A No.: 4:14-cv-01886-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| James R. Barber, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# ORDER

On May 13, 2014, Plaintiff L. C. Brown, a state prison inmate proceeding pro se, filed a complaint naming as Defendant The Honorable James R. Barber, III, a South Carolina state circuit court judge. (See Docs. #1, 9). Plaintiff seeks monetary damages for "each year I have undergone unlawful imprisonment, and relief from custody." (Doc. #1). The matter now comes before this Court on for review of the Report and Recommendation ("Report") filed by Magistrate Judge Thomas E. Rogers, III, (Doc. #9), to whom this case was previously assigned. In the Report, the Magistrate Judge recommends that the Court summarily dismiss the complaint in this case *without prejudice*. (Doc. #9). Objections were due by June 16, 2014. Petitioner has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. # 9), is **ACCEPTED**, and Plaintiff's complaint, (Doc. #1), is **DISMISSED** *without prejudice.*

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

June 24, 2014
Columbia, South Carolina